# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEENA MARIE GIBSON,<br><br>                  Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 12-5335-JEM<br><br>**J U D G M E N T** |

In accordance with the Order of Remand filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered remanding this case pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

DATED: January 14, 2013

                               */s/John E. McDermott*
                               JOHN E. MCDERMOTT
                    UNITED STATES MAGISTRATE JUDGE